Case 1:03-cv-01667-MSK-PAC   Document 97-2   Filed 11/15/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01667-MSK-PAC

FRANK THURSTON,

Plaintiff,

v.

UNITED TRANSPORTATION UNION and UNITED TRANSPORTATION UNION
GENERAL COMMITTEE OF ADJUSTMENT GO-386 and BURLINGTON NORTHERN
SANTA FE RAILWAY COMPANY,

Defendants

ORDER ~~GRANTING~~ DENYING MOTION TO RECONSIDER
PLAINTIFF'S MOTION FOR REVISED SCHEDULING ORDER

THIS COURT, having reviewed Plaintiff's Motion to Reconsider Motion for Revised
Scheduling Order, *Doc # 97* and otherwise being fully advised in the premises,

ORDERS that Plaintiff's Motion is ~~granted; AND~~ *denied for lack of compliance with local Rule 7.1.A., and*
FURTHER ORDERS that ~~the Discovery Deadline in the above-captioned matter is~~
~~extended to~~ *counsel shall comply with Judge Krieger's procedures + the Court's electronic filing procedures, § IV.L. for the submission of proposed orders.*

Dated this ___17th___ day of ___November___, 2005.

BY THE COURT:

S/ PATRICIA A COAN
PATRICIA A COAN, MAGISTRATE JUDGE

7